PROB 12A
(SDIA 05/15)

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF IOWA

### Report on Offender Under Supervision

**Name of Offender:** Carmen Hocking                                                          **Case Number:** 4:14-cr-00083

**Name of Sentencing Judicial Officer:** Robert W. Pratt, Senior U.S. District Judge

**Date of Original Sentence:** November 17, 2015

**Original Offense:** 18 U.S.C. § 1343 – Wire Fraud Affecting a Financial Institution

18 U.S.C. § 1343 – Wire Fraud Affecting a Financial Institution

**Original Sentence:** 6 months imprisonment; 60 months supervised release; $650,445.72 restitution

**Date Original Supervision Commenced:** July 18, 2016

**Prior Modification(s)/Revocation(s):** None

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following conditions of supervision:

| **Violation** | **Nature of Noncompliance** |
|---|---|
| 1. Failure to Report Law Enforcement Contact | On August 16, 2020. Ms. Hocking was pulled over by a West Des Moines police officer while driving her daughter's vehicle. Ms. Hocking was given a warning for driving the vehicle with expired registration. |

**U.S. Probation Officer Action:**

The probation office discussed with Ms. Hocking her interaction with law enforcement. Ms. Hocking was counseled on the importance of communication anytime there is contact with law enforcement, and failure to do so is unacceptable.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 21, 2020

by: _____

Kadeem Hobson
Probation Officer

**The Probation Office recommends that no further action be taken at this time.**

The United States Attorney's Office:

☒ Does not object to the proposed action.

☐ Objects but does not request a formal hearing be set.

☐ Objects and will petition the Court requesting that a formal hearing be set.

Jason T. Griess
_____
Assistant United States Attorney

_/s/ Jason T. Griess_
_____
Signature

## THE COURT ORDERS:

*No response or signature is necessary unless the Court directs that additional action be taken as follows:*

☐ Submit a request for modification of the condition or term of supervision.

☐ Submit a request for warrant or summons. be set.

☐ Other: _____

_____
Signature of Judicial Officer

_____
Date